## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 03/27/20 <br><br> ___ First NOA in Case <br> ✔ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA   ___ Paper Supp. <br> Vols: _____ <br> Other: _____ | **District:** <br> Northern District of West Virginia <br><br> **Division:** <br> Martinsburg <br><br> **Caption:** <br> Mengyang Li, <br> Plaintiff, <br> vs. <br> Shepherd University. <br> Defendant. | **District Case No.:** <br> 3:19cv216 <br><br> **4CCA No(s). for any prior NOA:** <br> 20-1715, 20-1967 <br><br> **4CCA Case Manager:** <br> J. Rice, A. Brownlee |

**Exceptional Circumstances:**   ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case: <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ___ In custody <br> ___ On bond <br> ___ On probation <br> **Defendant Address**-Criminal Case: <br><br><br><br><br> **District Judge:** <br> Gina M. Groh <br><br> **Court Reporter** (list all): <br> Kate Slayden <br><br><br><br> **Coordinator:** Kim Criswell | **Fee Status:** <br> ___ No fee required (USA appeal)   ___ Appeal fees paid in full   ✔ Fee not paid <br> **Criminal Cases:** <br> ___ Defendant proceeded under CJA in district court. <br> ___ Defendant did not proceed under CJA in district court. <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ✔ Court never granted IFP status (must pay fee or apply to 4CCA) <br> **PLRA Cases:** <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) <br><br> **Sealed Status** (check all that apply): <br> ✔ Portions of record under seal <br> ___ Entire record under seal <br> ___ Party names under seal <br> ___ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ✔ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ✔ In-court hearings held – all transcript not on file <br> ___ Other: | ___ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: |

Deputy Clerk: T. Gregory        Phone: 304-267-5681        Date: 03/27/20

02/2023