FILED: March 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1336
(3:19-cv-00216-GMG-RWT)

_____

MENGYANG LI

    Plaintiff - Appellant

v.

SHEPHERD UNIVERSITY

    Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Martinsburg |
| Originating Case Number | 3:19-cv-00216-GMG-RWT |
| Date notice of appeal filed in originating court: | 03/27/2023 |
| Appellant(s) | Mengyang Li |
| Appellate Case Number | 23-1336 |
| Case Manager | Taylor Barton<br>804-916-2702 |