FILED: May 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1336
(3:19-cv-00216-GMG-RWT)

_____

MENGYANG LI

    Plaintiff - Appellant

v.

SHEPHERD UNIVERSITY

    Defendant - Appellee

_____

O R D E R

_____

The court denies leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk