FILED: August 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1336
(3:19-cv-00216-GMG-RWT)

_____

MENGYANG LI

      Plaintiff - Appellant

v.

SHEPHERD UNIVERSITY

      Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered July 28, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*