**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**MENGYANG LI,**

    Plaintiff,

v.                                    **CIVIL ACTION NO.: 3:19-CV-216**
                                             **(GROH)**

**SHEPHERD UNIVERSITY,**

    Defendant.

### ORDER DIRECTING THE PARTIES TO ATTEND SECOND MEDIATION

Upon review of the docket, the Court finds that neither party has filed anything in this case in over five months. See ECF No. 90. The Final Pretrial Conference is currently scheduled for October 13, 2023, and a bench trial is scheduled to begin on October 24, 2023. ECF No. 88. Moreover, there is at least one unrelated criminal trial scheduled to begin on October 24, 2023, as well. See 3:23-CR-7. Relatedly, the parties have represented that a second mediation session would be beneficial to the prospect of settlement. ECF No. 86-2 at 5.

In consideration of the above—and in the interest of judicial economy—the Court **ORDERS** the parties to engage in a second mediation before Magistrate Judge Trumble as to the Plaintiff's remaining claim no later than **October 11, 2023**.

The Clerk of Court is **DIRECTED** to transmit copes of this Order to the *pro se* Plaintiff at the address listed on the docket and all counsel of record herein.

**DATED**: September 15, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE