FILED: December 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1337
(3:19-cv-00216-GMG-RWT)

_____

MENGYANG LI

    Plaintiff - Appellant

v.

SHEPHERD UNIVERSITY

    Defendant - Appellee

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Quattlebaum, Judge Rushing, and Judge Benjamin.

            For the Court

            /s/ Nwamaka Anowi, Clerk